UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

FILED BY ___

05 MAR 30 PM 6:00

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS
*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

# NOTICE OF RE-SETTING
Before Judge Bernice B. Donald, United States District Judge

March 30, 2005

RE:   2:04cr20048-B
      *USA v. DERRICK THOMPSON (c)*

Dear Sir/Madam:

A(n) **CHANGE OF PLEA HEARING** before **Judge Bernice B. Donald** has been **RE-SET** from WEDNESDAY, MARCH 30, 2005 at 10:15 A.M. to **FRIDAY, APRIL 15, 2005** at **1:00 P.M. in Courtroom 3, 9th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: *Terry Haley*
Terry L. Haley
Case Manager to Judge Bernice B. Donald
901-495-1276



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20048 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT