IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | )<br>)<br>) |
| VS. | )   CR. NO. 04-20048-D |
| DERRICK THOMPSON<br>    Defendant. | )<br>)<br>)<br>) |

ORDER ON CHANGE OF PLEA
AND **SETTING**

    This cause came on to be heard on September 22, 2005, the United States Attorney for this district, Kevin G. Ritz, appearing for the Government and the defendant, Derrick Thompson, appearing in person and with counsel, Marvin E. Ballin, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1, 2, 3 and 4 of the Indictment.

    Counts 5 and 6 shall be dismissed at the Sentencing Hearing.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **MONDAY, JANUARY 9, 2006, at 1:30 P.M., before Judge Bernice B. Donald.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 26 day of September, 2005.

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CR-20048 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT